■ THOMAS S. GULOTTA, as County Executive of the County of Nassau, et al., Appellants, v FRANK ZACARRA et al., Respondents.—Appeal from an order of the Supreme Court, Nassau County, entered December 15, 1987.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Murphy in the Supreme Court. Eiber, J. P., Kooper, Spatt and Harwood, JJ., concur.